# MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway, Suite 207
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mazieslater.com

Writer's Direct Dial: 973-228-0473
Writer's Email: bbaldinger@mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cheryll A. Calderon
David M. Estes
Adam M. Epstein°
R. Michael Riecken
Michael R. Griffith

°Member of N.J. & N.Y. Bars

September 26, 2018

**VIA ECF AND LAWYERS SERVICE**
Honorable Jerome B. Simandle, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 1050
1 John F. Jerry Plaza, 4th and Cooper Streets
Camden, New Jersey 08101

  Re: Xavier Ingram v. County of Camden, et al.
     Civil Action No.: 1:14-cv-05519-JBS-KMW

Dear Judge Simandle:

  On September 19, 2018, the Document Identifying Certification of Beth G. Baldinger with exhibits P-1 through P-32 was e-filed (D.E. 163). It has come to my attention that two (2) of the exhibits were not e-filed. Therefore, I hereby supplement the e-filing with the following exhibits:

- Exhibit P-13: the deposition transcript of Nicholas Marchiafava (Vol. 1), 11/11/15; and
- Exhibit P-25: the Expert Certification of Paul C. Ivancic, Ph.D., 8/29/18.

         Respectfully submitted

         /s/ *Beth G. Baldinger*
         BETH G. BALDINGER

cc: All Counsel of Record

BGB:tl/Encl.
H:\BGB\Ingram\Simandle ltr re exhibits 9-26-18.docx