# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esq.
wcook@brownconnery.com

May 12, 2020

**Via ECF**

**The Honorable Noel L. Hillman, U.S.D.J.**
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets
Camden, New Jersey 08101

    Re:  **Ingram v. County of Camden, et al.**
           Civil Docket No.: 1:14-cv-05519 (NLH)(KMW)

Dear Judge Hillman:

    This office represents Defendants County of Camden, Camden County Police Department, Chief John Scott Thomson, and Nicholas Marchiafava ("Moving Defendants") in the above captioned matter.

    Please accept this correspondence in lieu of a more formal application by Moving Defendants to join in the following Motions in Limine filed by Defendants Jeremy Merck ("Merck") and Antonio Gennetta ("Gennetta"):

- Motion in Limine to Preclude Certain Opinions and Testimony of Dr. William Matuozzi (ECF No. 284), filed by Merck on May 6, 2020;

- Motion in Limine to Preclude Evidence, Testimony and Argument Regarding the Internal Affairs, Employment and Personnel History of the Officer-Defendants (ECF No. 286), filed by Merck on May 8, 2020;

- Motion in Limine to Preclude Certain Demonstrative Aids Produced by Plaintiff (ECF. No. 287), filed by Merck on May 8, 2020;

- Motion in Limine for Relief on behalf of Defendant, Antonio Gennetta (ECF No. 290), filed by Gennetta on May 8, 2020.

79H2594

**BROWN & CONNERY, LLP**

May 12, 2020
Page 2

      Moving Defendants join in the aforementioned Motions <u>in Limine</u> for the reasons set forth by Merck and Gennetta in their respective Motions.

      We thank the Court for its time and attention to this matter.

                                       Respectfully submitted,
                                       **BROWN & CONNERY, LLP**

                                       */s/ William F. Cook*

                                       William F. Cook

WFC/ASB
cc: Counsel of Record (*via electronic filing only*)