# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

**Writer's Direct Dial & Email:**
**(973) 228-0473**
**bbaldinger@mazieslater.com**

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

February 12, 2022

**VIA ECF ONLY**
Honorable Juan R. Sanchez, U.S.C.J.
United States District Court, Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 14613
Philadelphia, Pennsylvania 19106-1797

Re:   **Xavier Ingram v. County of Camden, et al.**
      **Civil Action No.: 1:14-cv-05519**

Dear Judge Sanchez:

In response to the request by William Cook, counsel for Camden County and Camden County Police Department that the plaintiff Xavier Ingram -- a quadriplegic -- be forced to sit in chair while present and testifying in the Courtroom and not be permitted a weekend rest period if his attendance is required on more than one day, I submit the February 11, 2022 physician note from Guy Fried, M.D.  As Dr. Fried's note is handwritten, I provide the following transcription.

Your Honor,

I was asked to address the issue of my patient Xavier Ingram sitting in a Gerri chair during court proceedings as well as weekend rest periods.

Xavier has not been in a Gerri chair for more than a few minutes for years. He has poor mobility, strength, sensation, blood pressure control and very severe joint contractures.  Xavier cannot sit in a Gerri chair during court for several reasons.

Xavier's skin is at very high risk of pressure sores due to the lack of sensation, elasticity, bony prominences, sweating and pressure relief. He can develop wounds within hours of sitting a Gerri chair.  In addition, Xavier has not had his head elevated as he would in a Gerri chair which would subject him to drops in blood pressure and syncope risk.

In short, he cannot safely sit in a Gerri chair for court and needs a weekend rest period in between court appearances.

Honorable Juan R. Sanchez, U.S.C.J.
February 12, 2022
Page 2

I trust Dr. Fried's note puts this issue to rest, and plaintiff will be permitted to testify from the hospital bed as is medically necessary to accommodate his condition. Moreover, I trust that Dr. Fried's note also puts to rest defense counsel's request that Mr. Ingram be forced to appear in court on two consecutive days -- and not be provided a weekend rest period -- despite the obvious physical stress of moving and transporting him from his nursing home to the courthouse.

I also wish to respond to the Ms. Wertz's February 10, 2022 e-mail raising the suggestion of the Courthouse Administrator that Mr. Ingram be set up to testify remotely from Judge Hillman's courtroom by Skype or Zoom. As I need to be physically present with Mr. Ingram and our tech support in order to show him video and other visual exhibits while testifying before the jury this is not a viable option. As for his medical team, the nurse will be not in medical uniform, she will sit in the spectator area and attend to Mr. Ingram during breaks or as needed outside the presence of the jury. I have been assured that our medical equipment provider will set up and dismantle the bed as expeditiously as possible with the least possible inconvenience to the Court and staff. I recognize the extraordinary circumstances present and wish to thank the Court and all staff in advance for their anticipated cooperation in allowing Mr. Ingram the opportunity to testify while physically present before the jury as would any other party.

Finally, I wish to thank Judge Kugler and his staff for graciously offering his courtroom for this trial.

Respectfully,

*Beth G. Baldinger*

BETH G. BALDINGER

cc:   All Counsel of Record (Via ECF Only)

BGB:
I:\BGB\Ingram\Sanchez Letter with Physician Note 2-12-22.docx