IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

XAVIER INGRAM, et al
        v.
COUNTY OF CAMDEN, et al

Civil Action No.  14-CV-5519 JRS

SETTLEMENT CONFERENCE SCHEDULING ORDER

      Please be advised that a settlement conference in the above-captioned case will be held**, VIA ZOOM,** on **THURSDAY, FEBRUARY 24, 2022** at **10:30 AM** before the Honorable Pamela A. Carlos, United States Magistrate Judge. *The parties will receive the Zoom link on the morning of the conference.*

      PURSUANT TO LOCAL RULE 16.1 (d) 3, **TRIAL COUNSEL** SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE.  **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AND UNLIMITED AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS. PERSONS PRESENT MUST HAVE FULL AND UNLIMITED SETTLEMENT AUTHORITY AND MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.**

      FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

      The Chambers email address is  PAED_Carlos_Chambers@paed.uscourts.gov.

BY THE COURT:
ATTEST

/ss/ CARLENE L. KOHUT
DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
  FOR INFORMATION CONTACT CHAMBERS
  Phone: 610-434-3823
  FAX: 610-434-5152

Date:  February 22, 2022