IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARK INGRAM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5519 |
| | : | |
| COUNTY OF CAMDEN, et al. | : | |

**MINUTE ENTRY/REPORT OF CONFERENCE**
REPORT OF CONFERENCE / MINUTE SHEET

On this 22nd day of February, 2022 a

___ In-Person Conference (held in Chambers)

X Final Pretrial Conference (held in Courtroom 4D)

___ Video Conference                                    X Telephone Conference

___ Pretrial / Rule 16 Conference                        ___ Settlement Conference


X On the Record                                          ___ Not on the Record


**Total Time in Court: 3 HOURS**
**Court Reporter: Sharon Ricci**

                                                          /s/ Stacy Wertz
                                                         Stacy Wertz, Deputy Clerk
                                                         to the Honorable Juan R. Sánchez