

**ZELLER & WIELICZKO, LLP**
ATTORNEYS AT LAW

Allen S. Zeller+   Matthew B. Wieliczko*

Amy L. Gillette
Eric J. Riso♦
Dean R. Wittman

*Also Member of NY Bar
+Also Member of DC Bar
♦Also Member of PA Bar

March 3, 2022

**Via Electronic Filing & Regular Mail**
The Honorable Juan R. Sanchez, U.S.D.J.
Chief Judge, Eastern District of Pennsylvania
601 Market Street, No. 17614
Philadelphia, Pennsylvania 19106

  RE: Xavier Ingram v. County of Camden, et al.
    Civil Action No.: 14-05519-JRS-PAC
    Our File No.: 7976-5-14

Dear Chief Judge Sanchez:

  This office represents Defendant, Antonio Gennetta in the above-referenced matter.  We are in receipt of the Brief filed on behalf of Defendants, Camden County, Camden County Police Department, John Scott Thomson and Nicholas Marchiafava, to Dismiss All Claims Relating to Failure to Render Medical Aid, and all other claims relative to post-handcuffing movements, pursuant to Fed. R. Civ. P. 50. [Doc. 405].  Defendant, Antonio Gennetta hereby joins in this application and requests the same reliefs for all the reasons stated therein.

  Thank you for your consideration of this request.

          Respectfully Submitted,

          ZELLER & WIELICZKO, LLP


      By:  s/Dean R. Wittman
         DEAN R. WITTMAN, Esquire

**DRW**:jes
cc: All Interested Counsel Via Electronic Filing

120 Haddontowne Court Cherry Hill, NJ  08034  P 856.428.6600  F 856.428.6314
www.zwattorneys.com