# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**:  **DATE OF PROCEEDINGS**: 3/7/22

**JUDGE**: Juan Sánchez

**COURT REPORTER**: Carol Farrell (A.M.) Sharon Ricci (P.M.)

**OTHERS**:  **DOCKET NO**. Civ. #14-5519

**TITLE OF CASE**:

XAVIER INGRAM
    v.
COUNTY OF CAMDEN, et al.

**APPEARANCES:**
Beth Baldinger, Esq. (MAZIE SLATER KATZ & FREEMAN) for pltf.
Cory J. Rothbort, Esq. (MAZIE SLATER KATZ & FREEMAN) for pltf.
William F. Cook, Esq. (BROWN & CONNERY) for defts.
William M. Tambussi, Esq. (BROWN & CONNERY) for defts.
Dean R. Wittman, Esq. (ZELLER & WIELICZKO, LLP) for deft. Antonio Gennetta
Jay J. Blumberg, Esq. (BLUMBERG & WOLK, LLC) for deft. Jeremy Merck

**NATURE OF PROCEEDINGS:** - Trial w/Jury continued before The Hon. Juan Sánchez, U.S.D.J.
All jurors present.

Darryl Brown sworn for pltf.
Christopher Chapman, Ph.D. sworn for pltf.

TRIAL W/JURY ADJOURNED UNTIL 3/8/2022 @ 9:00 AM.

                                            /s/ Stacy Wertz
                                            Deputy Clerk

Time Commenced: <u>8:55 A.M</u>   Time Adjourned: 5:05 P.M.   Total Time: 6 HOURS 40 MINUTES