

**ZELLER & WIELICZKO, LLP**
ATTORNEYS AT LAW

Allen S. Zeller+   Matthew B. Wieliczko*

Amy L. Gillette
Eric J. Riso♦
Dean R. Wittman

*Also Member of NY Bar
+Also Member of DC Bar
♦Also Member of PA Bar

March 14, 2022

**Via Electronic Filing & Regular Mail**
The Honorable Juan R. Sanchez, U.S.D.J.
Chief Judge, Eastern District of Pennsylvania
601 Market Street, No. 17614
Philadelphia, Pennsylvania 19106

      RE:  Xavier Ingram v. County of Camden, et al.
            Civil Action No.: 14-05519-JRS-PAC
            Our File No.: 7976-5-14

Dear Chief Judge Sanchez:

      This office represents Defendant, Antonio Gennetta in the above-referenced matter.  We are in receipt of the Brief filed on behalf of Defendants, Camden County, Camden County Police Department, John Scott Thomson and Nicholas Marchiafava, to Dismiss All Claims, pursuant to Fed. R. Civ. P. 50. [Doc. 422].  Defendant, Antonio Gennetta hereby joins in this application and requests the same reliefs as to all claims directed against him for all the reasons stated therein.

      Thank you for your consideration of this request.

            Respectfully Submitted,

            ZELLER & WIELICZKO, LLP

      By:      s/Dean R. Wittman
                  DEAN R. WITTMAN, Esquire

**DRW**:jes
cc: All Interested Counsel Via Electronic Filing