**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**:　　　　　　　　　　　　**DATE OF PROCEEDINGS**: 3/22/22

**JUDGE**: Juan R. Sánchez

**COURT REPORTER**: Sharon Ricci (A.M.) Carol Farrell (P.M.)

**OTHERS:**　　　　　　　　　　　　　　　**DOCKET NO**. Civ. #14-5519

**TITLE OF CASE**:

XAVIER INGRAM
　　　v.
COUNTY OF CAMDEN, et al.

**APPEARANCES:**
Beth Baldinger, Esq. (MAZIE SLATER KATZ & FREEMAN) for pltf.
Cory J. Rothbort, Esq. (MAZIE SLATER KATZ & FREEMAN) for pltf.
William F. Cook, Esq. (BROWN & CONNERY) for defts.
William M. Tambussi, Esq. (BROWN & CONNERY) for defts.
Dean R. Wittman, Esq. (ZELLER & WIELICZKO, LLP) for deft. Antonio Gennetta
Jay J. Blumberg, Esq. (BLUMBERG & WOLK, LLC) for deft. Jeremy Merck

**NATURE OF PROCEEDINGS:** - Trial w/Jury continued before The Hon. Juan Sánchez, U.S.D.J.
(Jury not present)
**Charge Conference – 8:00 – 9:05 a.m.**

(Jury present)

John J. Ryan sworn for deft.
Defense rests.

ALL SIDES REST.
Jury dismissed f 12:00 p.m.
**Conference outside presence of jury.**
Hearing on application by defts. for dismissal purs. to Rule 50; DECISION RESERVED.

　　　　　　　　　　　　　　　　　　　　/s/ Stacy Wertz
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

TRIAL W/JURY ADJOURNED UNTIL 3/23/2022 @ 9:00 AM.

Time Commenced: 8:00 A.M　Time Adjourned: 4:15 P.M.　　Total Time: 6 HOURS 30 MINUTES