IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| XAVIER INGRAM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5519 |
| | : | |
| COUNTY OF CAMDEN, et al. | : | |

## ORDER

AND NOW, this 22nd day of March, 2022, upon consideration of Defendants County of Camden, Camden County Police Department, John Scott Thomson, and Nicholas Marchiafava's Motion to Dismiss All Claims Pursuant to Fed. R. Civ. P. 50, Plaintiff Xavier Ingram's response in opposition, and after the March 22, 2022, oral argument on the Motion, it is ORDERED the Motion (Document No. 422) is GRANTED insofar as Ingram's claims for § 1983 conspiracy, negligence (Count VII), and negligent training, supervision, and promulgation of policies (Count VIII) are dismissed.

The Court will reserve ruling on the balance of the Motion. A Memorandum opinion to follow.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.