# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**:        **DATE OF PROCEEDINGS**: 3/28/22

**JUDGE**: Juan R. Sánchez

**COURT REPORTER**: Sharon Ricci (A.M.) Carol Farrell (P.M.)

**OTHERS:**        **DOCKET NO**. Civ. #14-5519

**TITLE OF CASE**:

XAVIER INGRAM
    v.
COUNTY OF CAMDEN, et al.

**APPEARANCES:**
Beth Baldinger, Esq. (MAZIE SLATER KATZ & FREEMAN) for pltf.
Cory J. Rothbort, Esq. (MAZIE SLATER KATZ & FREEMAN) for pltf.
William F. Cook, Esq. (BROWN & CONNERY) for defts.
William M. Tambussi, Esq. (BROWN & CONNERY) for defts.
Dean R. Wittman, Esq. (ZELLER & WIELICZKO, LLP) for deft. Antonio Gennetta
Jay J. Blumberg, Esq. (BLUMBERG & WOLK, LLC) for deft. Jeremy Merck

**NATURE OF PROCEEDINGS:** - Trial w/Jury continued before The Hon. Juan Sánchez, **U.S.D.J.** All jurors present. Deliberations resume.
**ORDERED lunch provided to Jurors at the expense of the U.S.**

TRIAL W/JURY ADJOURNED UNTIL 3/29/2022 @ 9:00 AM.

                         /s/ Stacy Wertz
                         Deputy Clerk

Time Commenced: 10:00 A.M    Time Adjourned:    4:00 P.M.     Total Time: 6 HOURS