**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| XAVIER INGRAM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF CAMDEN, CAMDEN COUNTY POLICE DEPARTMENT, JEREMY MERCK, ANTONIO GENNETTA, NICHOLAS MARCHIAFAVA, JOHN SCOTT THOMSON, ORLANDO CUEVAS, JOHN DOE(S) 1-50, and ABC ENTITIES 1-10,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:14-CV-05519<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

TO:　　**Clerk
United Stated District Court for the District of New Jersey**
　　　　Mitchell H. Cohen Building & U.S. Courthouse
　　　　1 John F. Gerry Plaza, 4th & Cooper Streets
　　　　Camden, New Jersey 08101

　　　　**ALL COUNSEL OF RECORD**

　　PLEASE TAKE NOTICE that the undersigned, on behalf of Plaintiff Xavier Ingram, shall move before the Honorable Juan R. Sanchez, U.S.D.J. for an Order granting reconsideration of the March 22, 2022 Order.  Specifically, this Court clearly erred when it dismissed Counts VII and VIII of Plaintiff's Second Amended Complaint as more fully set forth in Plaintiff's moving papers.

　　PLEASE TAKE FURTHER NOTICE that the undersigned shall rely on the attached brief, certification with supporting exhibits, and proposed Order.

1

PLEASE TAKE FURHTER NOTICE that oral argument is requested.

        Respectfully submitted,

        **MAZIE SLATER KATZ & FREEMAN, LLC**
        *Attorneys for Plaintiff*

        BY:   */s/ Beth G. Baldinger*
                BETH G. BALDINGER

Dated: April 4, 2022