IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| XAVIER INGRAM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5519 |
| | : | |
| COUNTY OF CAMDEN, et al. | : | |

## **ORDER**

AND NOW, this 12th day of April, 2022, upon consideration of Plaintiff Xavier Ingram's letter request to file an overlength brief, it is ORDERED the request is GRANTED. Ingram's overlength brief is deemed filed.

Defendants are DIRECTED that any briefs filed in response to Ingram's Motion for Reconsideration (Document No. 474) may also exceed the page limit imposed by L. Civ. R. 7.2(b) but may not exceed 19 pages in length.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.