

**ZELLER & WIELICZKO, LLP**
ATTORNEYS AT LAW

Allen S. Zeller+   Matthew B. Wieliczko*

Amy L. Gillette
Eric J. Riso♦
Dean R. Wittman

*Also Member of NY Bar
+Also Member of DC Bar
♦Also Member of PA Bar

April 20, 2022

**Via Electronic Filing**
The Honorable Juan R. Sanchez, U.S.D.J.
Chief Judge, Eastern District of Pennsylvania
601 Market Street, No. 17614
Philadelphia, Pennsylvania 19106

      **RE:  Xavier Ingram v. County of Camden, et al.**
            **Civil Action No.: 14-05519-JRS-PAC**
            **Our File No.: 7976-5-14**

Dear Chief Judge Sanchez:

     I represent Defendant, Antonio Gennetta in the above-referenced matter. I have reviewed the Brief on Behalf of Defendants, Camden County, Camden County Police Department, John Scott Thompson, and Nicholas Marchiafava in Opposition to Plaintiff's Second Motion for Recosnideration of Dismissal os State Law Claims dated April 18, 2022 submitted by William F. Cook, Esquire. [Document 486]. I join in the arguments made and position advanced by Mr. Cook as to this issue.

     Thank you for your consideration of this correspondence.

                        Respectfully Submitted,

                        ZELLER & WIELICZKO, LLP

          By:    *s/Dean R. Wittman*
                        DEAN R. WITTMAN, Esquire

**DRW**:jes
cc:  Beth Baldinger, Esquire (via email)
     William Tambusi, Esquire (via email)
     William Cook, Esquire (via email)
     Jay Blumberg, Esquire (via email)