

**JAY J. BLUMBERG\***
jjblumberg@blumberglawoffices.com
*CERTIFIED CIVIL TRIAL ATTORNEY*

**CHRISTOPHER M. WOLK\***
cwolk@blumberglawoffices.com

---------------------------

**ERIKA L. MOHR\***
emohr@blumberglawoffices.com

**TIMOTHY M. ZANGHI\***
tzanghi@blumberglawoffices.com

**DYLAN T. STRACKE**
dstracke@blumberglawoffices.com

\*MEMBERS OF PA and NJ BAR

April 21, 2022

**Via The Court's ECF System**
The Honorable Juan R. Sanchez, U.S.D.J
Chief Judge, Eastern District of Pennsylvania
601 Market Street, No. 17614
Philadelphia, PA 19106

  Re: Ingram v. County of Camden, et al.
     Civil Action No. 1:14-CV-05519
     Our File No. 1609BO-B
     **<u>Joining Mr. Cook's Opposition [486] to Plaintiff's Second Motion for Reconsideration [474]</u>**

Dear Chief Judge Sanchez:

This office represents defendant, Jeremy Merck, in the above-referenced matter. I have reviewed the brief filed by Mr. Cook on April 18, 2022 on behalf of defendants, Camden County, Camden County Police Department, John Scott Thompson, and Nicholas Marchiafava in Opposition to Plaintiff's Second Motion for Reconsideration of Dismissal of State Law Claims [486]. I hereby join Mr. Cook's arguments made and the position as advanced to Your Honor as to the issue on behalf of my client, Jeremy Merck.

Thank you for Your Honor's time and consideration of the above.

           Respectfully submitted,

          BLUMBERG & WOLK, LLC

          Jay J. Blumberg, Esq.
          Erika L. Mohr, Esq.

JJB/ELM/vk
C: All Counsel Registered w/Court's ECF System

---

**PLEASE DO NOT USE POST OFFICE BOX 68**
158 Delaware Street • Woodbury • New Jersey • 08096
(856) 848-7472 (phone) • (856) 848-8012 (fax)