IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| XAVIER INGRAM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5519 |
| | : | |
| CAMDEN COUNTY, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 22nd day of April, 2022, upon review of Plaintiff Xavier Ingram's letter request to file a reply brief in response to Defendants' opposition to Ingram's Motion for Reconsideration, it is ORDERED the request is GRANTED.[1] Ingram is permitted to file a reply brief not exceeding ten (10) pages on or before April 29, 2022.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] *See* L. Civ. R. 7.1(d)(3).