# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

**Writer's Direct Dial & Email:**
973-228-0473
bbaldinger@mazieslater.com

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

May 18, 2022

**VIA E-FILE**
Honorable Juan R. Sanchez, U.S.C.J.
United States District Court, Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 14613
Philadelphia, Pennsylvania 19106-1797

    Re:    Xavier Ingram v. County of Camden, et al.
            Civil Action No.: 1:14-cv-05519

Dear Chief Judge Sanchez:

      As this Court is aware, the parties in this matter reached a settlement on May 6, 2022.  In New Jersey, defendants have 30 days to pay the settlement sums from the date of settlement.  I have been pressing defense counsel to forward the General Release for our review, but have yet to receive it. In a call with Mr. Cook today, I was told that this document has to be reviewed by a number of people, he cannot tell me when that will be completed by, and cannot rush the process. I ask that Your Honor hold a conference call with all counsel to address the status and production of the General Release so that consummation of this settlement is not unduly delayed.

      I thank Your Honor for addressing this issue.

Hon. Juan R. Sanchez, U.S.C.J.
May 18, 2022
Page 2

                                              Respectfully submitted,

                                              **MAZIE SLATER KATZ & FREEMAN, LLC**
                                              Attorneys for Plaintiff

                                              */s/ Beth G. Baldinger*
                                              BETH G. BALDINGER, ESQ.

CC:    Counsel of Record