IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

XAVIER INGRAM, et al
   v.
COUNTY OF CAMDEN, et al

14-CV-5519 JRS

REPORT OF CONFERENCE / MINUTE SHEET

On this 7TH day of JUNE, 2022 a

___ In-Person Conference (held in Chambers)

___ In-Person Conference (held in Courtroom No. _____)

___ Video Conference        ___ Telephone Conference

X_ Pre Trial Conf (via phone)        ___ Settlement Conference (via phone)

___ Status Conference (via phone)        ___ _____

___ On the Record        _x_ Not on the Record

Participants:

Plaintiff's Counsel:
  List all Counsel

1.
2.
3.

Defense Counsel:
  List all Counsel

1.
2.
3.

Name of Court Reporter or ESR: _____

Start: _____ a.m.   End: _____ p.m.

**Total Time in Court: 30 MINUTES**

/s/CARLENE L. KOHUT
Carlene L. Kohut, Deputy Clerk
to the Honorable Pamela A. Carlos

Civ 14 (1/21)