IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

XAVIER INGRAM, et al :
   v. : 14-CV-5519 JRS
COUNTY OF CAMDEN, et al :

REPORT OF CONFERENCE / MINUTE SHEET

On this 29TH day of JUNE, 2022 a

\_\_\_ In-Person Conference (held in Chambers)

\_\_\_ In-Person Conference (held in Courtroom No. _____)

\_\_\_Video Conference        \_\_\_ Telephone Conference

\_ Pre Trial Conf (via phone)        _x_ Settlement Conference (via zoom)

\_\_\_ Status Conference (via phone)     \_\_\_ _____

\_\_\_ On the Record        _x_ Not on the Record

Participants:

<u>Plaintiff's Counsel:</u>        <u>Defense Counsel:</u>
  List all Counsel             List all Counsel

1.        1.
2.        2.
3.        3.

Name of Court Reporter or ESR: _____

Start: _____a.m.  End: _____p.m.

**Total Time in Court:** __ONE HOUR__

                 /s/CARLENE L. KOHUT
                 Carlene L. Kohut, Deputy Clerk
                 to the Honorable Pamela A. Carlos