**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| XAVIER INGRAM,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF CAMDEN,<br>CAMDEN COUNTY POLICE DEPARTMENT,<br>JEREMY MERCK,<br>ANTONIO GENNETTA,<br>NICHOLAS MARCHIAFAVA,<br>JOHN SCOTT THOMSON,<br>JOHN DOE(S) 1-50, and ABC ENTITIES 1-10,<br><br>         Defendants. | CIVIL ACTION NO. 1:14-CV-05519<br><br>**NOTICE OF MOTION SETTING ATTORNEYS FEES** |

TO:   ALL COUNSEL OF RECORD

      Xavier Ingram
      Hammonton Center for Rehabilitation & Nursing
      43 N. White Horse Pike
      Hammonton, NJ 08037
      zeekisme@icloud.com

SIR:

PLEASE TAKE NOTICE that on a date to be set by the Court, the undersigned, Mazie Slater Katz & Freeman, LLC, attorneys for plaintiff, shall make an application before the Honorable Juan R. Sanchez, U.S.C.J., or his designee, United States District Court, Eastern District of Pennsylvania, James A. Byrne United States Courthouse, Philadelphia,

Pennsylvania 19106-1797, for the entry of an Order setting a legal fee on the net monies collected for the plaintiff in excess of $2 million.

PLEASE TAKE FURTHER NOTICE that plaintiff shall rely upon the Certifications of Beth G. Baldinger and Xavier Ingram.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is enclosed.

        MAZIE SLATER KATZ & FREEMAN, LLC
        Attorneys for Plaintiffs

        BY: *Beth G. Baldinger*
            BETH G. BALDINGER

Dated: July 15, 2022