**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| XAVIER INGRAM,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CAMDEN,<br>CAMDEN COUNTY POLICE DEPARTMENT,<br>JEREMY MERCK,<br>ANTONIO GENNETTA,<br>NICHOLAS MARCHIAFAVA,<br>JOHN SCOTT THOMSON,<br>JOHN DOE(S) 1-50, and ABC ENTITIES 1-10,<br><br>Defendants. | CIVIL ACTION NO. 1:14-CV-05519<br><br>**CERTIFICATION OF<br>XAVIER INGRAM IN SUPPORT OF<br>MOTION SETTING ATTORNEYS FEES** |

XAVIER INGRAM, of full age, hereby certifies as follows:

1. I brought this action to recover damages for serious permanent injuries I suffered during the course of an arrest by Camden County Police Department Officers on June 12, 2014. All of the facts contained herein are based upon my own personal knowledge.

2. This Certification is made with regard to Mazie Slater Katz & Freeman, LLC's request for attorney's fees relating to the settlement of this case. Prior to filing this motion to set legal fees, my attorney, Beth G. Baldinger inquired as to whether I would object to a request of an attorney's fee of 33 1/3% of the net monies received in excess of $2 million after payment of all litigation expenses. In that conversation, Ms. Baldinger advised me that I did not have to consent to the request and that I could oppose it. However, I

discussed the issue with Ms. Baldinger and told her that I was extremely pleased with the legal services rendered on my behalf, and that her request was fair and reasonable.

3. I am aware the Ms. Baldinger and her law firm expended a tremendous about of time, money and effort in litigating this case, as well as advocating for my interests over the years.

4. I therefore consent to Ms. Baldinger's request that the legal fee for net monies above $2 million be set at 33 1/3%.

I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*X. I.*

_____
XAVIER INGRAM

Dated:  July 14, 2022



Audit Trail

| | |
|---|---|
| **TITLE** | Ingram - Certification NOM Approve Settlement |
| **FILE NAME** | Cert. - Ingram - ...ve Settlement.pdf |
| **DOCUMENT ID** | 7543a48c615481d88f91d480a9592ba8dd5f68c6 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT** | **07 / 14 / 2022** 18:18:21 UTC | Sent for signature to Xavier Ingram (zeekisme@icloud.com) from mmendelsohn@gmail.com
IP: 98.109.51.50

**VIEWED** | **07 / 14 / 2022** 19:25:46 UTC | Viewed by Xavier Ingram (zeekisme@icloud.com)
IP: 162.17.243.241

**SIGNED** | **07 / 14 / 2022** 21:08:17 UTC | Signed by Xavier Ingram (zeekisme@icloud.com)
IP: 162.17.243.241

**COMPLETED** | **07 / 14 / 2022** 21:08:17 UTC | The document has been completed.