**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| XAVIER INGRAM,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF CAMDEN,<br>CAMDEN COUNTY POLICE DEPARTMENT,<br>JEREMY MERCK,<br>ANTONIO GENNETTA,<br>NICHOLAS MARCHIAFAVA,<br>JOHN SCOTT THOMSON,<br>JOHN DOE(S) 1-50, and ABC ENTITIES 1-10,<br><br>  Defendants. | CIVIL ACTION NO. 1:14-CV-05519<br><br>**CERTIFICATION OF SERVICE** |

On this date, I caused an original and one copy of the Notice of Motion to Approve Settlement and Set Attorneys Fees, along with the Certifications of Beth G. Baldinger and Xavier Ingram; and a proposed form of Order to be electronically filed on the:

> Motions Clerk
> U.S. District Court for the District of New Jersey
> Mitchell H. Cohen U.S. Courthouse
> 1 John F. Jerry Plaza, 4th and Cooper Streets
> Camden, New Jersey 08103
>
> ALL COUNSEL OF RECORD

and one copy of same to be served by Lawyers Service upon the following:

> Honorable Juan R. Sanchez, U.S.C.J.
> United States District Court, Eastern District of Pennsylvania
> James A. Byrne United States Courthouse
> Room 14613
> Philadelphia, Pennsylvania 19106-1797

and one copy of same to be served via e-mail upon the following:

>Xavier Ingram
>Hammonton Center for Rehabilitation & Nursing
>43 N. White Horse Pike
>Hammonton, NJ 08037
>zeekisme@icloud.com

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Beth G. Baldinger*
BETH G. BALDINGER

Dated: July 15, 2022