**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| XAVIER INGRAM,<br><br>      Plaintiff,<br><br>   vs.<br><br>COUNTY OF CAMDEN,<br>CAMDEN COUNTY POLICE DEPARTMENT,<br>JEREMY MERCK,<br>ANTONIO GENNETTA,<br>NICHOLAS MARCHIAFAVA,<br>JOHN SCOTT THOMSON,<br>JOHN DOE(S) 1-50, and ABC ENTITIES 1-10,<br><br>      Defendants. | CIVIL ACTION NO. 1:14-CV-05519<br><br>**ORDER SETTING ATTORNEYS FEES** |

THIS MATTER having been opened to the Court by Mazie Slater Katz & Freeman, LLC, attorneys for plaintiffs seeking an Order setting the counsel fee for all amounts recovered in excess of $2 million; and good and sufficient cause having been shown;

IT IS on this _____ day of July, 2022;

ORDERED that Mazie Slater Katz & Freeman, LLC is hereby awarded 33.33% of the net monies recovered in excess of $2 million; and it is further

ORDERED that a copy of this Order shall be served upon all counsel of record and plaintiff, Xavier Ingram, within five (5) days of receipt thereof.

_____
HONORABLE JUAN R. SANCHEZ, U.S.C.J.

_____ Opposed
_____ Unopposed