# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

**Writer's Direct Dial & Email:**
**973-228-0413**
**crothbort@mazieslater.com**

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

July 18, 2022

**VIA ECF**
Honorable Juan R. Sanchez, U.S.C.J.
United States District Court, Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 14613
Philadelphia, Pennsylvania 19106-1797

      Re:    **Xavier Ingram v. County of Camden, et al.**
              **Civil Action No.: 1:14-cv-05519**

Dear Judge Sanchez:

      Plaintiff hereby withdraws the Motion to Enforce settlement returnable before Your Honor today.

      Respectfully,

      **MAZIE SLATER KATZ & FREEMAN, LLC**

      *s/ Beth G. Baldinger*
      BETH G. BALDINGER

cc:    All Counsel of Record

BGB:tl/Encl.
I:\BGB\Ingram\Sanchez ltr withdraw NOM to Enforce Settlement Schedule 7-18-22.docx