# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Writer's Direct Dial & Email:
973-228-0473
bbaldinger@mazieslater.com

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

August 5, 2022

**VIA ECF ONLY**
Honorable Juan R. Sanchez, U.S.C.J.
United States District Court, Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 14613
Philadelphia, Pennsylvania 19106-1797

    Re:    **Xavier Ingram v. County of Camden, et al.**
                **Civil Action No.: 1:14-cv-05519**

Dear Chief Judge Sanchez:

This letter is submitted in further supplement to my letter of August 2, 2022 regarding this Court's jurisdiction to address the pending fee application, and in further response to the August 4, 2022 letter by William Cook, Esq. seeking to obstruct this Court from resolving that application. As Your Honor will recall on May 14, 2020, Chief Judge D. Brooks Smith of the United States Court of Appeals for the Third Circuit issued the following Order which provided,

> Pursuant to 28 U.S.C. Section 292(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Juan R. Sanchez of the United States District Court for Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter. [D.E. 298]

Hon. Juan R. Sanchez, U.S.C.J.
August 5, 2022
Page 2

Unequivocally, this Order vests Your Honor with exclusive jurisdiction to handle this matter until it is finally concluded, which includes disposition of Mazie Slater's pending fee application.

Accordingly, for the reasons set forth herein and in our prior submissions, it is respectfully requested that this Court enter an Order approving the pending fee application.

Respectfully submitted,

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiff

*/s/ Beth G. Baldinger*
BETH G. BALDINGER, ESQ.

cc:   Counsel of Record
      Xavier Ingram (Via Email)