IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| XAVIER INGRAM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5519 |
| | : | |
| COUNTY OF CAMDEN, et al. | : | |

## ORDER

AND NOW, this 26th day of August, 2022, upon consideration of Plaintiff Xavier Ingram's Motion for Attorney Fees for Plaintiff's Counsel, and Defendants' opposition, it is hereby ORDERED the Motion (Document No. 507) is GRANTED.

It is ORDERED Mazie Slater Katz & Freeman, LLC is hereby awarded 33⅓% of the net monies recovered in excess of $2 million.

It is further ORDERED a copy of this Order shall be served upon all counsel of record and plaintiff, Xavier Ingram, within five (5) days of receipt thereof.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.